IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL D. GASKIN,

    Plaintiff,

v.                             Case No.  5:10cv44/MCR/CJK

W. MATHEWS, et al.,

    Defendants.
_____/

O R D E R

    Pending before the court is the Report and Recommendation of the Magistrate Judge filed on December 19, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B). The parties have been given an opportunity to file objections pursuant to § 636(b)(1). None have been filed. Having fully reviewed the Recommendation, and the record, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's claims against defendants McAlpin, Abbott and Zeigler are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

    3.    This case is remanded to the magistrate judge for further proceedings on plaintiff's claims against defendant Nurse Mathews.

    **DONE AND ORDERED** this 20th day of January, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE